Debtor 1 <u>Dannie Lamar Banks</u>

Debtor 2 <u>Carol Elcock Banks</u>
(Spouse, if filing)

United States Bankruptcy Court for the <u>Eastern District of Michigan</u>

Case number <u>17-41836-MAR</u>

Official Form 410S1
# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Freedom Mortgage Corporation     **Court claim no**. (if known): <u>10</u>

**Last four digits** of any number you use to identify the debtor's account:   8706

**Date of payment change:** <u>April 1, 2022</u>
Must be at least 21 days after date of this notice

**New total payment:**     <u>$752.36</u>
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $335.58     **New escrow payment:** $336.82

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____     **New interest rate:** _____
   **Current principal and interest payment:** _____     **New principal and interest payment:** _____

Debtor 1 <u>Dannie Lamar Banks</u>　　　　　　　　　　　　Case Number (*If known*):17-41836
　　　　　First Name　Middle Name　Last Name

## Part 3:　Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

　　Reason for change: _____

**Current mortgage payment:** $ _____ **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Danielle Boyle-Ebersole
Signature　　　　　　　　　　　　　　　　　　　　　　　　Date 03/02/2022

**Print:**
Danielle Boyle-Ebersole, Esq. Pennsylvania Bar ID # 81747
Elizabeth M. Abood-Carroll, Esq. P46304
Matthew Schulis, Esq. FL Bar #57116

_____
First Name　　Middle Name　　Last Name

Title　Attorney for Freedom Mortgage Corporation

Company　Orlans PC

Address　P.O. Box 5041
　　　　　Number　　　Street
　　　　　Troy, MI  48007

Contact phone　(248) 502-1400　　　　　　　　　　Contact Email: dboyle-ebersole@orlans.com